*Thomas Cunningham et al. v. The Mayor, Aldermen and Commonalty of the City of Brooklyn.* N. F. WARING and G. WOOD, for appellants; B. F. BUTLER and D. B. OGDEN, for respondents. Decree appealed from affirmed with costs.

*William C. Young* v. *John B. Borst et al.* A. C. PAIGE, for complainant; W. C. NOYES, for defendants. Application for injunction granted; and costs of both parties to abide the further order of the court.